UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  20-17992-BKC-PDR
CHAPTER 13

IN RE:
CRAIG CHARNE
    Debtor.
_____/

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

The Debtor, CRAIG CHARNE, files this response to the Trustee's Motion to Dismiss, [ECF 37] and states:

1. As of today the debtor has paid in $665.00, which includes the payment due on October 23, 2020.  The debtor's monthly payments are $220.00, per month, pursuant to the Debtor's Second Amended Chapter 13 Plan, [ECF 20].

WHEREFORE, the Trustee's Motion to Dismiss case, [ECF 37] should be withdrawn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Robin R. Weiner, Trustee at ecf@ch13weiner.com and all other set forth in the NEF and by regular mail to all creditors, this 21st day of October 2020

    Law Offices of Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
    Attorneys for the Debtor
    Suite 620 •
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Facsimile (305) 443-3219

    By  /s/ Michael A. Frank
       Michael A. Frank
       Florida Bar No. 339075